# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| **MARK HOFFMAN, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**ATYG LLC D/B/A STEADY CAPITAL**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-01514-AMN-CFH<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

Denise Garcia, duly sworn, deposes and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on December 31, 2024, at 9:33 am at 9 Washington Square, unit 16, Albany, NY 12205, Deponent served the within Summons, Civil Cover Sheet, and Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: ATYG LLC D/B/A STEADY CAPITAL (hereinafter referred to as "subject") by leaving the following documents with Shelby Whitman who as Legal Representative at Premier Corporate Services is authorized by appointment or by law to receive service of process for ATYG LLC D/B/A STEADY CAPITAL.

Additional Description:
The office ran through an unmarked apartment in the building. Brian is the contact person for SOP at this place; his number is +1 (518) 461-6393.

Hispanic or Latino Female, est. age 25-34, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=42.7119991671,-73.8668629854
Photograph: See Exhibit 1

Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert

that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

__Hunterdon County_____,

__NJ___ on __12/31/2024_____.

/s/ *Denise Garcia*
_____
Signature
Server Name: Denise Garcia
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving ATYG LLC D/B/A STEADY CAPITAL:

Date / Time: December 20, 2024 2:45 pm
Address: 90 STATE STREET, Suite 700, Box 10, Albany, NY 12207
Geolocation: https://google.com/maps?q=42.6499120912,-73.7532482418
Description: I spoke to Denise Maccue and was told that this business doesn't exist here. This location is a residential building that requires codes and the names of specific tenants to get in, and this business is not registered here.

Date / Time: December 30, 2024 2:31 pm
Address: 9 Washington Square, unit 16, Albany, NY 12205
Geolocation: https://google.com/maps?q=42.7119482635,-73.8668835909
Description: I was told that this business does not exist inside of this building. I asked around to the other businesses in the building and was told the same by everyone. There are businesses on the first floor and apartments that only go up to number nine on the second floor.

