UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARK HOFFMAN, individually and on
behalf of all others similarly situated,

                                  Plaintiff,

v.                                                    Civil Action No. 1:24-cv-01514-AMN-PJE

ATYG LLC D/B/A STEADY CAPITAL,

                                 Defendants.

## STIPULATION TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED** by Counsel for the respective parties that the time within which the Defendant, ATYG LLC D/B/A STEADY CAPITAL, to file an Answer, appear, or otherwise move against Plaintiff's Complaint is extended until February 11, 2023.

DATED:       January 23, 2025

| | |
|---|---|
| /s/ Anthony Paronich | s/ David G. Peltan |
| Anthony I. Paronich | David G. Peltan, Esq. |
| Bar Roll No. 701964 | Bar Roll No. 515856 |
| PARONICH LAW, P.C. | Peltan Law, PLLC |
| 350 Lincoln St., Suite 2400 | Attorneys for Defendant |
| Hingham, MA 02043 | 128 Church Street |
| 617-485-0018 | East Aurora, New York 14052 |
| anthony@paronichlaw.com | Phone: (716)374-5431 |