# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ATYG LLC D/B/A STEADY CAPITAL**<br><br>*Defendant.* | Case No.<br>24-cv-1514 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)

RESPECTFULLY SUBMITTED AND DATED this 17th day of February, 2025.

*/s/ Anthony Paronich*
Anthony I. Paronich
Bar Roll No. 701964
PARONICH LAW, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com